1  MARK L. MOSLEY State Bar #136449
   BRIAN GEARINGER State Bar #146125
2  STEPHEN F. HENRY State Bar #142336
   MOSLEY & GEARINGER LLP
3  825 Van Ness Avenue, Fourth Floor
   San Francisco, California 94109-7837
4  Telephone:   (415) 440-3102
   Facsimile:   (415) 440-3103
5
   Attorneys for Plaintiff
6  ELIZABETH CLARK

7  JOHN A. RUSSO, City Attorney – State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
8  RACHEL WAGNER, Supervising Trial Attorney – State Bar #127246
   INÉS VARGAS FRAENKEL, Deputy City Attorney – State Bar #108113
9  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
10 Telephone:   (510) 238-6512
   Facsimile:   (510) 238-6500
11 Email:  ivfraenkel@oaklandcityattorney.org
   25255:399461
12
   Attorneys for Defendants
13 CITY OF OAKLAND, WAYNE G. TUCKER,
   and MITCH POWELL
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | ELIZABETH CLARK, an individual, | Case No. C06-06872 CRB |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND TO FILE FIRST AMENDED COMPLAINT** |
| 20 | v. | |
| 21 | THE CITY OF OAKLAND, a California public entity, CHIEF WAYNE G. TUCKER, in his individual and official capacities, OFFICER MITCH POWELL, in his individual and official capacities and DOES ONE through FIFTY, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |

1     IT IS HEREBY STIPULATED by and between the parties through their attorneys of
2 record pending Order of this Court, that (1) defendants hereby withdraw their FRCP
3 12(b)(6) Motion to Dismiss currently scheduled for hearing on March 23, 2007, and
4 (2) plaintiff will file a First Amended Complaint by March 21, 2007.

5     GOOD CAUSE EXISTS for this Order as plaintiff's attorney intends to file a First
6 Amended Complaint in response to defendants' motion. It is believed that if defendants'
7 motion were to be heard, the Court would allow plaintiff the opportunity to file an amended
8 pleading. Therefore, such order will serve the interests of justice, free up the Court's
9 otherwise busy calendar and avoid unnecessary judicial involvement.

10     IT IS SO STIPULATED.

11 Dated: March 9, 2007     MOSLEY & GEARINGER
12     STEPHEN F. HENRY, ESQ.

14 By:   /s/ Stephen F. Henry
    STEPHEN F. HENRY
15     Attorneys for Plaintiff ELIZABETH CLARK

17 Dated: March 9, 2007     JOHN A. RUSSO, City Attorney
    RACHEL WAGNER, Supervising Deputy City Attorney
18     INES FRAENKEL, Deputy City Attorney

21 By:   /s/ Inés Vargas Fraenkel
    INÉS VARGAS FRAENKEL
22     Attorneys for Defendants
    CITY OF OAKLAND, WAYNE G. TUCKER and
23     OFFICER MITCH POWELL

1     IT IS SO ORDERED.

2

3 Dated:   March 15, 2007

4

5

6

7                              CHARLES R. BREYER
                               U.S. Northern District C...

*[Seal of United States District Court, Northern District of California, with stamp "IT IS SO ORDERED" signed by Judge Charles R. Breyer]*

STIPULATION TO WITHDRAW          - 3 -         C06-06872 CRB
MOTION TO DISMISS AND FILE
FIRST AMENDED COMPLAINT