1  MARK L. MOSLEY, SBN 136449
   BRIAN GEARINGER, SBN 146125
2  STEPHEN F. HENRY, SBN 142336
   MOSLEY & GEARINGER LLP
3  825 Van Ness Avenue, Fourth Floor
   San Francisco, California 94109-7837
4  Telephone:    (415) 440-3102
   Facsimile:    (415) 440-3103
5
   ATTORNEYS FOR PLAINTIFF
6
   JOHN A. RUSSO, City Attorney, SB #129729
7  RANDOLPH W. HALL, Chief Asst. City Attorney, SB #080142
   RACHEL WAGNER, Supervising Trial Attorney, SB #127246
8  INÉS VARGAS FRAENKEL, Deputy City Attorney, SB #108113
   One Frank H. Ogawa Plaza, 6th Floor
9  Oakland, California 94612
   Telephone:    (510) 238-6512
10 Facsimile:    (510) 238-6500
   Email: ivfraenkel@oaklandcityattorney.org
11 25255:404893

12 ATTORNEYS FOR DEFENDANTS
   CITY OF OAKLAND, TUCKER and POWELL
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ELizABETH CLARK,                         )  **Case No.:** C06-06872 (CRB)
                                            )
18                 Plaintiff,               )
                                            )  **STIPULATION TO EXTEND ADR**
19       vs.                                )  **DEADLINE; [PROPOSED] ORDER**
                                            )
20                                          )
   THE CITY OF OAKLAND, a California        )
21 public entity, CHIEF WAYNE G. TUCKER,    )
   in his individual and official capacities,)
22 OFFICER MITCH POWELL, in his individual  )
   and official capacities and DOES ONE     )
23 through FIFTY, inclusive,                )
                                            )
24                 Defendants.              )
                                            )
25

26       It is hereby STIPULATED by and between the parties, through their respective attorneys

27 of record and pending Order of this Court, that the date by which Alternative Dispute

28 Resolution (ADR) process may be completed in this case, be extended through June 4, 2007.

STIPULATION TO EXTEND ADR                   1                    C06-06872 (CRB)
DEADLINE; [PROPOSED] ORDER

Good cause exists for this extension as despite best efforts, the parties, their attorneys and the assigned Early Neutral Evaluation (ENE) evaluator Larry Currey, have been unable to schedule a session by May 1, 2007, the deadline set by the Court it its Order of January 31, 2007 (Document No. 11).  At this time, the date of June 1, 2007 has been agreed to by all parties and the Evaluator for the ENE session, and it is expected that the session will be completed that day.

Dated:  May 7, 2007                                     MOSLEY & GEARINGER
                                                        STEPHEN F. HENRY, ESQ.


                                        By:     /s/ Stephen Henry
                                                Stephen F. Henry
                                                Attorneys for Plaintiff


Dated:  May 7, 2007                                     OAKLAND CITY ATTORNEY'S OFFICE


                                        By:     /s/ Inés Vargas Fraenkel
                                                Inés Vargas Fraenkel
                                                Attorneys for Defendants


### ORDER

Pursuant to stipulation of the parties and agreement of the ENE Evaluator, and good cause appearing therefore, it is hereby ordered that the ADR deadline in this case is extended through June 4, 2007.

IT IS SO ORDERED.

Dated:  May 9, 2007
                                                        CHARLES R. BREYER
                                                        U.S. Northern District C...

*IT IS SO ORDERED — Judge Charles R. Breyer*

STIPULATION TO EXTEND ADR                    2                              C06-06872 (CRB)
DEADLINE; [PROPOSED] ORDER