1   MARK L. MOSLEY, SBN 136449
    BRIAN GEARINGER, SBN 146125
2   STEPHEN F. HENRY, SBN 142336
    MOSLEY & GEARINGER LLP
3   825 Van Ness Avenue, Fourth Floor
    San Francisco, California 94109-7837
4   Telephone:     (415) 440-3102
    Facsimile:      (415) 440-3103
5
    ATTORNEYS FOR PLAINTIFF
6
    JOHN A. RUSSO, City Attorney, SB #129729
7   RANDOLPH W. HALL, Chief Asst. City Attorney, SB #080142
    RACHEL WAGNER, Supervising Trial Attorney, SB #127246
8   INÉS VARGAS FRAENKEL, Deputy City Attorney, SB #108113
    One Frank H. Ogawa Plaza, 6th Floor
9   Oakland, California 94612
    Telephone:     (510) 238-6512
10  Facsimile:      (510) 238-6500
    Email:  ivfraenkel@oaklandcityattorney.org
11  25255:410140

12  ATTORNEYS FOR DEFENDANTS
    CITY OF OAKLAND, TUCKER and POWELL
13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17  ELIZABETH CLARK,                    )  **Case No.:** C06-06872 (CRB)
                                        )
18              Plaintiff,              )
                                        )  **STIPULATION TO CONTINUE**
19        vs.                           )  **HEARING DATE; [PROPOSED] ORDER**
                                        )
20  THE CITY OF OAKLAND, a California   )
21  public entity, CHIEF WAYNE G. TUCKER, )
    in his individual and official capacities, )
22  OFFICER MITCH POWELL, in his individual )
    and official capacities and DOES ONE )
23  through FIFTY, inclusive,           )
                                        )
24              Defendants.             )
                                        )
25  _____  )

26       It is hereby STIPULATED by and between the parties, through their respective attorneys

27  of record and pending Order of this Court, that the date set by this Court for hearing of

28  defendant's Motion for Summary Judgment be continued from August 10 to September 14,

STIPULATION TO CONTINUE              1                      C06-06872 (CRB)
HEARING DATE; [PROPOSED] ORDER

2007.

Good cause exists for this extension as the parties and their attorneys have been diligently moving the case forward but despite best efforts, were not able to complete the Early Neutral Evaluation (ENE) until June 4, 2007.   The parties have continued to cooperate with discovery efforts and defendants have produced hundreds of documents to plaintiff.  Defendants hope to take plaintiff's deposition before filing moving papers.  The additional time will allow them to file their motion in time to have a hearing of the matter on September 14, 2007.

Dated:  June 29, 2007                              MOSLEY & GEARINGER
                                                   STEPHEN F. HENRY, ESQ.


                                   By:   /s/ Stephen Henry
                                         Stephen F. Henry
                                         Attorneys for Plaintiff



Dated:  June 29, 2007                              OAKLAND CITY ATTORNEY'S OFFICE


                                   By:   /s/ Inés Vargas Fraenkel
                                         Inés Vargas Fraenkel
                                         Attorneys for Defendants


**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for Defendants Motion for Summary Judgment is continued to September 14, 2007 at 10:00 a.m.

IT IS SO ORDERED.


Dated: _____July 2, 2007_____        _____

                                           CHARLES
                                           U.S. Northern

IT IS SO ORDERED

Judge Charles R. Breyer

STIPULATION TO CONTINUE                2                 C06-06872 (CRB)
HEARING DATE; [PROPOSED] ORDER