MARK L. MOSLEY, SBN 136449
BRIAN GEARINGER, SBN 146125
STEPHEN F. HENRY, SBN 142336
MOSLEY & GEARINGER LLP
825 Van Ness Avenue, Fourth Floor
San Francisco, California 94109-7837
Telephone:   (415) 440-3102
Facsimile:   (415) 440-3103

ATTORNEYS FOR PLAINTIFF

JOHN A. RUSSO, City Attorney, SB #129729
RANDOLPH W. HALL, Chief Asst. City Attorney, SB #080142
RACHEL WAGNER, Supervising Trial Attorney, SB #127246
INÉS VARGAS FRAENKEL, Deputy City Attorney, SB #108113
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:   (510) 238-6512
Facsimile:   (510) 238-6500
Email: ivfraenkel@oaklandcityattorney.org
25255:410140

ATTORNEYS FOR DEFENDANTS
CITY OF OAKLAND, TUCKER and POWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CLARK, | Case No.: C06-06872 (CRB) |
| Plaintiff, | **AMENDED** STIPULATION TO CONTINUE HEARING DATE; [~~PROPOSED~~] ORDER |
| vs. | |
| THE CITY OF OAKLAND, a California public entity, CHIEF WAYNE G. TUCKER, in his individual and official capacities, OFFICER MITCH POWELL, in his individual and official capacities and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

It is hereby STIPULATED by and between the parties, through their respective attorneys of record and pending Order of this Court, that the date set by this Court for hearing of defendant's Motion for Summary Judgment be continued from August 10 to September 14,

2007.

Good cause exists for this extension as the parties and their attorneys have been diligently moving the case forward but despite best efforts, were not able to complete the Early Neutral Evaluation (ENE) until June 4, 2007. The parties have continued to cooperate with discovery efforts and defendants have produced hundreds of documents to plaintiff. Defendants hope to take plaintiff's deposition before filing moving papers. The additional time will allow them to file their motion in time to have a hearing of the matter on September 14, 2007.

Dated: June 29, 2007

MOSLEY & GEARINGER
STEPHEN F. HENRY, ESQ.

By: /s/ Stephen Henry
Stephen F. Henry
Attorneys for Plaintiff

Dated: June 29, 2007

OAKLAND CITY ATTORNEY'S OFFICE

By: /s/ Inés Vargas Fraenkel
Inés Vargas Fraenkel
Attorneys for Defendants

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for Defendants Motion for Summary Judgment is continued to September ~~14,~~ 21 2007 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2007

CHARLES R. BREYER
U.S. Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO CONTINUE         2         C06-06872 (CRB)
HEARING DATE; [PROPOSED] ORDER