1  MARK L. MOSLEY, SBN 136449
   BRIAN GEARINGER, SBN 146125
2  STEPHEN F. HENRY, SBN 142336
   MOSLEY & GEARINGER LLP
3  825 Van Ness Avenue, Fourth Floor
   San Francisco, California 94109-7837
4  Telephone:    (415) 440-3102
   Facsimile:    (415) 440-3103
5
   ATTORNEYS FOR PLAINTIFF
6
   JOHN A. RUSSO, City Attorney, SB #129729
7  RANDOLPH W. HALL, Chief Asst. City Attorney, SB #080142
   RACHEL WAGNER, Supervising Trial Attorney, SB #127246
8  INÉS VARGAS FRAENKEL, Deputy City Attorney, SB #108113
   One Frank H. Ogawa Plaza, 6th Floor
9  Oakland, California 94612
   Telephone:    (510) 238-6512
10 Facsimile:    (510) 238-6500
   Email: ivfraenkel@oaklandcityattorney.org
11 25255:413832

12 ATTORNEYS FOR DEFENDANTS
   CITY OF OAKLAND, TUCKER and POWELL
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ELizABETH CLARK,            )  **Case No.:** C06-06872 (CRB)
                               )
18              Plaintiff,     )
                               )  **STIPULATION TO VACATE HEARING**
19      vs.                    )  **DATE AND TO SET CASE**
                               )  **MANGEMENT CONFERENCE;**
20                             )  [PROPOSED] **ORDER**
   THE CITY OF OAKLAND, a California )
21 public entity, CHIEF WAYNE G. TUCKER, )
   in his individual and official capacities, )
22 OFFICER MITCH POWELL, in his individual )
   and official capacities and DOES ONE )
23 through FIFTY, inclusive,   )
                               )
24              Defendants.    )
                               )
25

26      It is hereby STIPULATED by and between the parties, through their respective attorneys

27 of record and pending Order of this Court, that the date set by this Court for hearing of

28 defendants' Motion for Summary Judgment for September 21, 2007 be vacated pending the

STIPULATION TO VACATE HEARING            1                    C06-06872 (CRB)
DATE AND TO SET CMC; [PROPOSED] ORDER

parties settlement negotiations, and that the Court set a Case Management Conference in ninety (90) days.

Good cause exists for vacating the hearing date as the parties are currently engaged in settlement discussions which may obviate the need for defendants' motion.  The parties went through ADR and completed an ENE session on June 6, 2007.  They have been diligently pursuing discovery with the plaintiff propounding discovery and defendants' production of hundreds of documents to date.  At present, depositions of the plaintiff as well as those of defendants and City personnel, which are necessary for making and opposing the stated motion, have been noticed but will be stayed if the Court issues an order to vacate the hearing date, to enable further settlement negotiations.

The parties agree that they need additional time to exhaust attempts at resolution of the case through informal means at this time, and that this stipulation and request for an Order from the Court to vacate the pending hearing date is made in the spirit of cooperation and of conserving attorney as well as judicial resources.  Should the negotiations fail, the parties will resume the taking of depositions and defendants will file their Motion for Summary Judgment as previously planned.

To this end, the parties request that the Court continue the matter for a Case Management Conference in ninety (90) days.

Dated:  August 7, 2007                MOSLEY & GEARINGER
                                      STEPHEN F. HENRY, ESQ.


                                By:   /s/ Stephen Henry
                                      Stephen F. Henry
                                      Attorneys for Plaintiff

Dated:  August 7, 2007                OAKLAND CITY ATTORNEY'S OFFICE


                                By:   /s/ Inés Vargas Fraenkel
                                      Inés Vargas Fraenkel
                                      Attorneys for Defendants

1  **ORDER**

2  Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby
3  ordered that the hearing date for Defendants Motion for Summary Judgment of September 21,
4  2007, is hereby vacated.  A Case Management Conference shall take place on
5  _Nov. 09, 2007___, at _8:30_ a.m.  The parties shall file a Joint Case Management Conference
6  Statement by _Nov. 02, 2007__.
7  IT IS SO ORDERED.

8
9  Dated: August 8, 2007                          _____
10                                                 CHARLES R. BREYER
                                                   U.S. Northern District Court Judge



STIPULATION TO VACATE HEARING           3                           C06-06872 (CRB)
DATE AND TO SET CMC; [PROPOSED] ORDER