**MOSLEY & GEARINGER LLP**

825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7837
(415) 440-3102

STEPHEN HENRY (SBN 142336)
Attorneys for Plaintiff ELIZABETH CLARK

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CLARK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF OAKLAND, a California public entity, CHIEF WAYNE G. TUCKER, in his individual and official capacities, OFFICER MITCH POWELL, in his individual and official capacities and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | C06-06872 (CRB)<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CHIEF WAYNE G. TUCKER**<br><br><br><br>State Court Case No. RG06289271 |

Plaintiff Elizabeth Clark hereby requests the dismissal of Defendant Wayne G. Tucker. Defendants stipulate to such dismissal.

MOSLEY & GEARINGER LLP

Dated: December 6, 2007

By: /S/Stephen F. Henry
STEPHEN F. HENRY
Attorney for Plaintiff ELIZABETH CLARK

Dated: December 6, 2007          OAKLAND CITY ATTORNEY'S OFFICE

By: /s/ Inés Vargas Fraenkel
Inés Vargas Fraenkel
Attorneys for Defendants

Dec. 10, 2007

*IT IS SO ORDERED*
Judge Charles R. Breyer

STIPULATION OF DISMISSAL OF DEFENDANT TUCKER        1        C06-06872 (CRB)