IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | No. C 06-06872 CRB<br><br>**BRIEFING ORDER** |

On or before Thursday, June 5, 2008, the defendant shall submit a brief of no more than two pages addressing whether police officers subject to the twelve-month probationary period established by the Memorandum of Understanding ("MOU") between the City of Oakland and the Oakland Police Officers Association can be terminated without cause. The defendant shall attach as an exhibit the portion of the MOU or other personnel rule setting forth the at-will nature of a probationary officer's employment.

**IT IS SO ORDERED.**

Dated: June 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6872\Briefing Order.wpd